No. 340
COCHREL v. ROBINSON et
Ohio Appeals, 3rd Dist., Putman Co.
No. 138.  Decided Feb. 7, 1925.

389.  DESCENT AND DISTRIBUTION—
Where there has descended to a wife, from de-
ceased husband, property acquired by purchase,
and she dies intestate without issue or legal
representatives, the property descends to broth-
ers and sisters of deceased husband, and broth-
ers and sisters of deceased wife, equally.
HUGHES, J.

This original action was brought by Cochrel
in the Putnam Common Pleas, wherein J. J.
Robinson brought an action to partition and
quiet title to certain real estate.

James Robinson died in 1911 seized in fee
simple of one tract of land and an undivided
interest in another; both properties having
been purchased by him.  The other undivided
half interest was owned by Isabelle Robinson,
his wife, who acquired the same by purchase.
Before the death of the wife and after Robin-
son's death, she designated and appointed Le-
roy Cochrel to stand towards her, in the rela-
tion of an heir at law in the event of her death.
She died in 1924, and this action was brought
by the brothers and sisters of Robinson.

The judgment in the Common Pleas was
founded upon undisputed facts, and the case
was brought to the Court of Appeals purely
to settle a legal question regarding the cor-
rect interpretation of statutes.  The Court of
Appeals held:

1.  Where one inherits from a deceased hus-
band or wife, by deed or bequest under 8574
GC., such person takes absolutely but if such
person has no issue, and has not elected to re-
tain it, without disposing of it by will or other-
wise, the law steps in and says who shall fall
heir thereto.

2.  Under 8598 GC, Cochrel would be placed
in the same relation to the wife's undivided
one-half interest in the tract number two, as
though he were a son born of Isabel in law-
ful wedlock, and he would inherit that undivid-
ed interest in fee simple.

3.  Under 8577 GC. the brothers and sisters
of James Robinson, would inherit one-half of
the property and Isabelle Robinson's brothers
and sisters would inherit the other half.

4. The brothers and sisters of James and Isabel and their legal representatives fall heir to tract one and the undivided half of tract two, under 8577 GC, absolutely, and in this part of the property Cochrel has no interest.

Attorneys—Harrington & Pierce, Bowling Green, for Cochrel; A. A. Slaybaugh, Leipsic and Earnest M. Botkin, Lima, for Robinson.